**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

| | |
|---|---|
| Fowsi Adam, Bashir Aden, Hussein H. Ahmed, Ahmed Aidid Ali, Abdi M. Dagal, Daud S. Dahir, Abdirashid A. Elmi, Hassan H. Farah, Shaffie Farah, Mohamud A. Haji, Abdirashid H. Hassan, Abdisalaam Hassan, Omar A. Hussein, Abdi Ali Jama, Mohamed Salah Jama, Hussein Suleman Kassim, Said Hassan Keire, Ahmed Mohamed, Abdi A. Mohamed, Abdirashid A. Mohamoud, Abdullahi A. Mahamed, Ali Aden Mohamed, Jama A. Mohamud, Muse Mohamed Ahmed, Mustaf D. Mohamed, Anwar Said, Kulaten Munye Said, Mubarak A. Geelle, Jamal Nur, Abdikani Aded, Abdulaziz Ahmed, Abrashid Said, Mohamed Hassan,<br><br>Plaintiffs,<br><br>v.<br><br>National Car Rental System, Inc. Alamo Rent A Car, LLC, and ANC Rental Funding Corp.,<br><br>Defendants. | Civil File No. 01-CV-943 JRT/FLN<br><br>**STIPULATED ORDER** |

IT IS STIPULATED AND AGREED by the parties that the time for the defendants to answer or otherwise respond to the complaint shall be extended. The answer or other responsive pleading shall be filed and served on or before Monday, June 25, 2001.

FILED JUN 0 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

*Agreed to:*

Dated: May 31, 2001

REINHARDT AND ANDERSON

By ____________________
Jeffrey R. Anderson Atty. Reg. 2057
Patrick W. Noaker Atty. Reg. 274951
E-1000 First National Bank Building
332 Minnesota Street
St. Paul, Minnesota 55101
651-227-9990

*Attorneys for Plaintiffs*

Dated: May 31, 2001

HALLELAND LEWIS NILAN
SIPKINS & JOHNSON P.A.

By: ____________________
Donald M. Lewis Reg. No. 62844
Matthew E. Damon Reg. No. 158136
Sandra L. Conroy Reg. No. 267132
600 Pillsbury Center South
220 South Sixth Street
Minneapolis, Minnesota 55402
(612) 338-1838

*Attorneys for Defendants*

*So ordered:*

Dated: June 1, 2001

____________________
Franklin L. Noel
Chief United States Magistrate Judge