UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Fowsi Adam, et al.,

Plaintiffs,

v.

National Car Rental Systems, Inc.,

Defendant.

AND

Abdi Karim Gelle, et al.,

Plaintiffs,

v.

National Car Rental, Alamo Rent-A-Car, Inc., and ANC Rental Funding Corp.,

Defendants.

Civil No. 01-943 JRT/FLN

PRETRIAL SCHEDULE

Civil 01-1237 JRT/FLN

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern this proceeding. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

1. Discovery/Non-Dispositive Motions:

   a. All motions which seek to amend the pleadings or add parties must be served by September 1, 2001.

   b. All discovery shall be commenced in time to be completed by September 1, 2002.

   c. All pre-discovery disclosures required by

FILED SEP 07 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Rule 26(a)(1) shall be completed on or before September 1, 2001.

d. No more than 35 interrogatories per opposing party, including all discrete subparts, shall be served by any party.

e. No more than 35 Requests for Admission shall be served by any party.

f. No more than 35 Document Requests per opposing party shall be served by any party.

g. No more than 40 non-expert depositions shall be taken by plaintiffs and 75 by defendants.

h. No more than two Rule 35 medical examinations per plaintiff shall be conducted and must be completed no later than December 1, 2002.

i. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by March 1, 2003. Nondispositive motions may be scheduled for hearing by calling Cathy Orlando, Calendar Clerk to Chief Magistrate Judge Franklin L. Noel, 612-664-5110. All nondispositive motions shall be scheduled, filed and served in compliance with Local Rules 7.1, 37.1 and 37.2.

2. <u>Expert Disclosure and Discovery</u>:

a. Disclosure of the identity of expert witnesses under Rule 26(a)(2)(A) shall be made as follows:

1) By plaintiff(s) on or before June 1, 2002.

2) By defendant(s) on or before July 15, 2002.

b. Full disclosure of the substance of the testimony to be offered by each expert witness shall be made as follows:

1) By plaintiff(s) on or before October 15, 2002.

2) By defendant(s) on or before December 1, 2002.

c. Each party may depose no more than 5 expert witnesses on or before March 1, 2003.

d. Any expert testimony which has not been fully disclosed in accordance with this schedule shall be excluded from evidence at trial.

3. Dispositive Motions:

a. All dispositive motions shall be filed prior to April 1, 2003.

b. Judge Tunheim's Calendar Clerk, Lou Jean Gleason, (612-664-5083), will contact counsel with a hearing date after all papers have been submitted.

c. All dispositive motions shall be scheduled, filed and served in compliance with Local Rule 7.1. See particularly Local Rule 7.1(b)(2)(A) through (E).

4. Trial

a. This case shall be ready for trial no later than June 1, 2003, at which time it will be placed on the court's jury trial calendar.

b. Trial is estimated to last 3-4 weeks.

c. The parties will engage a private mediator on or before October 15, 2002.

DATED: Sept 6, 2001.

Franklin L. Noel

FRANKLIN L. NOEL
Chief Magistrate Judge